USDC IN/ND case 2:23-cv-00387-APR   document 4   filed 08/23/23   page 1 of 4
45D01-2308-CT-000953                    Filed: 8/23/2023 12:26 PM
USDC IN/ND case 2:23-cv-00387   document 1-1   filed 11/10/23   page 6 of 22
Lake Superior Court, Civil Division                              Clerk
                                                          Lake County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAKE SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF LAKE | ) | SITTING AT _____ INDIANA |

JOHN SANCHEZ,

Plaintiff,

vs.

SPEEDWAY, LLC,     Cause No.: _____

Defendant.

## COMPLAINT AND JURY DEMAND

Comes now, John Sanchez, by and through counsel, Jessica L. McPheeters, and asserts the following claims against the Defendant:

1. Plaintiff, John Sanchez, is a resident of Lake County, Indiana.
2. Speedway, LLC is a foreign limited liability company doing business in the State of Indiana.
3. Defendant, Speedway, LLC has a location in Lake County, Indiana, which is the subject of this instant proceeding, situated at 7405 Calumet Avenue, Hammond, Indiana.
4. The alleged acts or omissions which are the subject of this proceeding all occurred in Lake County, Indiana.
5. On or around January 9, 2023, Plaintiff, John Sanchez, visited the Speedway location at 7405 Calumet Avenue, Hammond, Indiana.
6. That the Plaintiff, Mr. Sanchez, on January 9, 2023, was a business invitee and entered the Defendant's store.
7. On that same date, Mr. Sanchez slipped over a mop, left in the open, and suffered serious personal injuries.
8. That said mop was in the care, management or control of the Defendant/and or Defendant's employees, yet the Defendant and/or the Defendant's employees failed to exercise proper care by not removing the mop from the walkway.
9. That the Defendant, having actual or constructive knowledge of the mop being placed in the walkway and the hazard that mop caused, owed a duty to the Plaintiff to keep the walkway clear.

10. Defendant, Speedway, LLC, had a duty to exercise reasonable care to protect the Plaintiff, by inspection and other affirmative acts, from the danger of reasonably foreseeable injury occurring from reasonably foreseeable uses of that premises.
11. Defendant, Speedway, LLC, had a duty to warn the Plaintiff of dangerous/possibly dangerous conditions existing on the premises.
12. Defendant, Speedway, LLC, knew or should have known of the unreasonable risk of danger to the Plaintiff, but either failed to discover it or to correct the risk after its discovery.
13. Mr. Sanchez's fall and resulting injuries were caused by the Defendant's negligent acts or omissions.
14. The Defendant's negligent acts or omissions are the proximate cause of Mr. Sanchez's injuries.
15. That as a direct and proximate cause of his injuries, the Plaintiff sought medical care and treatment following the fall; has incurred the consequential and incidental expenses involved; and, will require future medical care and attention.
16. That in addition, and as a further direct and proximate result of his injuries, the Plaintiff has lost time, income, and earning from his place of employment, and will continue to suffer loss of time, earnings, and income in the future.
17. Mr. Sanchez, as a result of his aforementioned injuries, damages and losses, should receive from the Defendant a sum of money that will fairly, reasonably and adequately compensate her for all injuries, damages, and losses.

WHEREFORE, Plaintiff, by and through counsel, prays this honorable Court enter judgment against the Defendant in a reasonable amount to be determined at a trial of this cause, including but not limited to, medical expenses, loss wages, and other damages, court costs, attorney's fees, and any and all other relief that this honorable Court finds just and proper in the premises.

                Respectfully submitted,

                John Sanchez

By:     */s/ Jessica L. McPheeters*
          Jessica L. McPheeters, Esq.
          Law Office of Weiss, Schmidgall and Hires, P.C.
          Attorney ID: 35020-45
          Six W. 73rd Avenue
          Merrillville, IN 46410
          (219) 736-5297
          jheine@wshlegal.com

### CERTIFICATE OF SERVICE

I certify that on August 22, 2023 service of a true and complete copy of the above and foregoing pleading was made upon each party or attorney of record via Indiana E-Filing system (IEF) pursuant to Trial Rule 86.

        BY: */s/ Jessica L. McPheeters*

## JURY DEMAND

JOHN SANCHEZ, by counsel, Jessica L. McPheeters, demands trial by jury pursuant to Indiana Trial Rule 38(b).

                        Respectfully submitted,

                        John Sanchez

By:    */s/ Jessica L. McPheeters*
          Jessica L. McPheeters, Esq.
          Law Office of Weiss, Schmidgall and Hires, P.C.
          Attorney ID: 35020-45
          Six W. 73rd Avenue
          Merrillville, IN 46410
          (219) 736-5297
          jheine@wshlegal.com

## CERTIFICATE OF SERVICE

I certify that on August 22, 2023 service of a true and complete copy of the above and foregoing pleading was made upon each party or attorney of record via Indiana E-Filing system (IEF) pursuant to Trial Rule 86.

                    BY: */s/ Jessica L. McPheeters*