UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JOHN SANCHEZ, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 2:23-cv-387 |
| SPEEDWAY, LLC, | ) ) ) |
| Defendant. | ) ) ) |

**ORDER**

This matter is before the court on the Joint Stipulation to Dismiss [DE 25] filed by the parties on October 28, 2025. The court, being duly advised, hereby **GRANTS** the Stipulation [DE 25] and **DISMISSES** this cause **WITH PREJUDICE**. This case is now closed.

ENTERED this 28th day of October, 2025.

/s/ Andrew P. Rodovich
United States Magistrate Judge